**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**December 21, 2011**

CASE NUMBER:  CV 11-05488 EDL
CASE TITLE:  OMAR QUINTANILLA-v-MACYS WEST STORES INC

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Phyllis J. Hamilton** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/21/11

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects
Log Book Noted                                    Entered in Computer 12/21/11 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                           Transferor CSA